IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK MCGRATH, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>Shout! Factory, LLC,<br><br>   Defendant. | Civil Action Case No. 1:24-cv-09360 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patrick McGrath ("Plaintiff") hereby gives notice that this action is voluntarily dismissed with prejudice. Defendant Shout! Factory, LLC has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: December 4, 2024

**CONSUMER LAW ADVOCATE, PLLC**
/s/ Matthew T. Peterson
mtp@lawsforconsumers.com
815-999-9130

**Chicago Office**
230 E. Ohio St., Suite 410
Chicago, IL 60611